TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE:  (714) 832-1170
FACSIMILE:  (714) 832-1179
E-MAIL:  tjohnson@bn-lawyers.com

Attorneys for Defendant First Step Group LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIE WHITE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST STEP GROUP LLC, DOES 1-10, AND EACH OF THEM,<br><br>    Defendant(s). | Case No.  16-cv-02439-KJM-GGH<br><br>**STIPULATION TO DISMISS ACTION**<br><br>The Honorable Kimberly J. Mueller |

IT BEING HEREBY STIPULATED by and between Plaintiff Candie White and Defendant First Step Group through their counsel of record that this action be dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of that has been reached between Plaintiff Candie White and Defendant First Step Group, Plaintiff Candie White and Defendant First Step Group jointly move this court

-1-

STIPULATION TO DISMISS ACTION                                              16-cv-02439-KJM-GGH

to dismiss this action and all claims asserted therein with prejudice.

It is further stipulated by and between the parties to this action that the remaining putative class claims asserted in this action be dismissed without prejudice.

Dated:  February 13, 2018

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:___/s/ Todd M. Friedman____
Todd M. Friedman
Attorneys for Plaintiff

Dated:  February 13, 2018

**BARRON & NEWBURGER, P.C.**

By:____/s/ Timothy Johnson__
Timothy P. Johnson
Attorneys for Defendant

Pursuant to Local Rule 131(e) for the U.S. District Court, Eastern District of California, I, Timothy P. Johnson, hereby certify that the content of this document is acceptable to Todd M. Friedman, Law Offices of Todd M. Friedman, P.C., counsel for Plaintiff, and that I have obtained Mr. Friedman's authorization to affix his electronic signature to this document.

## **CERTIFICATE OF SERVICE**

I, Timothy P. Johnson, do hereby certify that the Stipulation to Dismiss this Action was served this 13th day of February, 2018, on all counsel of record via the Court's ECF system.

                                     /s/Timothy Johnson_____
                                     TIMOTHY P. JOHNSON